1022

[No. 62891-7-I.   Division One.   April 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ASHLEY MARIE ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08242-1, Jeffrey M. Ramsdell, J., entered December 1, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 63091-1-I.   Division One.   April 12, 2010.]

ALAN NANESS, *Respondent*, v. CANTERBURY SHORES APARTMENT OWNERS ASSOCIATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-38095-9, Andrea A. Darvas, J., entered February 3, 2009. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 63096-2-I.   Division One.   April 12, 2010.]

*In the Matter of the Forfeiture of* $45,513 IN UNITED STATES CURRENCY.

LARRY HOWARD, *Appellant*, v. KING COUNTY SHERIFF, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-38651-3, Michael Heavey, J., entered January 21, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.

[No. 63231-1-I.   Division One.   April 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL SCOTT CHANEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00798-7, Deborah D. Fleck, J., entered March 11, 2009. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Schindler and Lau, JJ.